United States District Court
Southern District of Texas
**ENTERED**
June 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GHASSAN AL SHANNAN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-427 |
| | § | |
| WARDEN, PORT ISABEL DETENTION | § | |
| CENTER, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Ghassan Al Shannan is currently detained by Immigration and Customs Enforcement at the Port Isabel Detention Center in Cameron County, Texas. In this habeas action, Petitioner seeks his immediate release, alleging claims based on the Due Process Clause of the Fifth Amendment.

On May 8, 2026, a United States Magistrate Judge recommended that the Court deny the Petition. (R&R, Doc. 6)  No party objected to the Report and Recommendation and the deadline for doing so expired on May 22.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983).  The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 6).  It is:

**ORDERED** that Petitioner Ghassan Al Shannan's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on June 1, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge